**Order entered June 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00463-CV

### MICHAEL KRASNICKI, Appellant

### V.

### TACTICAL ENTERTAINMENT, LLC, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-03246-2017**

## ORDER

Before the Court is appellee's June 18, 2018 unopposed motion to extend time to file response brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 10, 2018.

/s/    DAVID EVANS
        JUSTICE